CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the First Amended Complaint was duly served upon the below-identified parties at their respective address by means of CM/ECF on May 15, 2015.

DANIEL A. MORRIS, ESQ.
Department of the Attorney General
State of Hawaii
465 King Street, Room 300
Honolulu, Hawaii 96813

DATED: Honolulu, Hawaii May 15, 2015.

/s/ Rory Soares Toomey
Attorney for Plaintiffs
MATTHEW N. WYNN
FRANK CRIVELLO