Science, Service, Stewardship





## NOAA FISHERIES
**Pacific Islands Regional Office**

# Regulation Summary
## Hawaii Pelagic Longline Fishing

## (revised August 2014)

This guide summarizes regulations for the Hawaii pelagic longline fisheries. This guide applies only to owners and operators of vessels with a Hawaii longline limited access permit. The summary does not cover in detail permit renewal, transfer, permit appeal procedures, or observer requirements.

Longline gear means a type of fishing gear consisting of a mainline that exceeds 1 nm in length, is suspended horizontally in the water column anchored, floating, or attached to a vessel, and from which branch or dropper lines with hooks are attached. However, within the Northwestern Hawaiian Islands Protected Species Zone (see pg. 8), longline gear means a type of fishing gear consisting of a main line of any length.

For the complete official fishing regulations, refer to Title 50 of the Code of Federal Regulations (CFR), Parts **229**, **300**, **404**, **600**, and **665**. Regulations are subject to change, and any discrepancies between this compliance guide and the regulations will be resolved in favor of the regulations published in the *Federal Register* and the CFR. This compliance guide is issued in accordance with Section 212 of the Small Business Regulatory Enforcement Fairness Act of 1996: Title II of Public Law 104-21.

**For more information or to obtain additional copies of this guide please contact:**

Sustainable Fisheries
NMFS Pacific Islands Regional Office
1845 Wasp Blvd., Bldg. 176
Honolulu, HI 96818

Tel: 808-725-5000
Fax: 808-725-5215
Website: **www.fpir.noaa.gov**

## Fishing Permits and Certificates

If you use longline gear to catch tunas, swordfish, and other fish listed as management unit species in the Fishery Ecosystem Plan for Pelagic Fisheries of the Western Pacific (see pg. 9), or land or transship longline-caught pelagic fish, in federal waters of the U.S. Exclusive Economic Zone (EEZ) around Guam, the Commonwealth of the Northern Mariana Islands (CNMI), or the Pacific Remote Island Areas (PRIA), you must have the following permits and certificates, and they must be current and on board the vessel. Please click **here** to visit the website and download fishing permit applications or contact PIRO to obtain Federal permits or certificates (see Contact Information).

**Hawaii Longline Limited Access Permit**: Permit registered to the vessel in the name of the vessel owner. *Expires on March 3rd of each calendar year.*

**State of Hawaii Commercial Marine License**: Fishing license from the Hawaii Division of Aquatic Resources (see Contact Information).

**High Seas Fishing Compliance Act Permit**: You must have this permit if you fish outside the EEZ (outside 200 nm from shore).

**Western and Central Pacific Fisheries Commission Convention Area Endorsement**: A supplemental registration is required to fish in the Western and Central Pacific Fisheries Commission Convention Area (click **here** for map of convention area).

**Marine Mammal Authorization Program Certificate**: Certificate issued by PIRO and registered to the vessel owner. *Expires on March 3rd of each calendar year.*

**Protected Species Workshop Certificate**: Certificate issued in the name of the vessel operator (See Protected Species Workshop section on page 3). *Expires one year from date of issuance.*

**Western Pacific Receiving Vessel Permit**: A receiving vessel of the United States must be registered for use with a valid receiving vessel permit if that vessel is used to land or transship, shoreward of the outer boundary of the EEZ around American Samoa, Hawaii, Guam, CNMI, or PRIA, any western Pacific pelagic management unit species harvested with longline gear. *Expires March 3rd of each calendar year.*

## Reporting, Monitoring, and Vessel and Gear Identification

**NMFS Western Pacific Daily Longline Fishing Log**: The vessel operator must complete a log sheet within 24 hours of the end of each fishing day, and maintain the log sheet on board the vessel.  The vessel operator must submit the completed and signed logsheet to NMFS Pacific Islands Fisheries Science Center (PIFSC) within 72 hours of returning to port. Logbooks are available from PIFSC (see Contact Information).

**NMFS Transshipment Log Report**: Vessel operators with a Western Pacific Receiving Vessel Permit must submit a NMFS transshipment log report for each day of transshipment activity to PIFSC within 72 hours of each landing of Pacific pelagic management unit species. Contact PIFSC for logbooks.

**Marine Mammal Authorization Program Mortality/Injury Reporting Form**: If a marine mammal interaction (hooking or entanglement) occurs, the vessel operator must complete and mail this pre-addressed, postage paid form to NOAA/NMFS within 48 hours after the end of the trip. Forms are available from PIRO (see Contact Information).

**Vessel Monitoring System**: The vessel must have an operational NOAA Enforcement-owned and installed vessel monitoring system (VMS) unit on board whenever the vessel is at sea. Contact the NOAA Office of Law Enforcement for information and installation (see Contact Information).

**Vessel Identification**: You must display either your international radio call sign or official number on the hull and deck. For detailed marking requirements, see the Compliance Guide for Vessel Identification Requirements for Western Pacific Pelagic Fishing at **www.fpir.noaa.gov/SFD/SFD_regs_2.html**.

**Gear Identification**: You must display your vessel's official number (U.S. Coast Guard documentation number or state/territory vessel registration number) on every longline buoy and float. Markings must be legible and permanent, and must be of a color that contrasts with the background material.

## Notification and Observer Placement

- The vessel owner, permit holder, designated agent, or operator must notify the NMFS Observer Program Contractor (see Contact Information) at least 72 hours before departure on a fishing trip (not including weekends or Federal holidays), and declare the intended trip type (shallow-set or deep-set). Once a trip type has been declared and the fishing trip begins, the operator may make sets only of the declared type.
- The vessel is required to carry an observer if one is assigned. The NMFS Observer Program Contractor will notify you if an observer has been assigned at least 24 hours before departing on the trip.
- You must follow the observer guidelines provided to you at the pre-trip observer placement meeting.

## Protected Species Workshop

Each year, all owners and operators (captains) of longline vessels registered to a Hawaii longline limited access permit must attend and be certified in the Protected Species Workshop (PSW) conducted by PIRO on mitigation, handling, and release techniques for sea turtles, seabirds and marine mammals.

- The workshop is offered in person and online (see Contact Information).
- PIRO will issue a PSW Certificate, valid for one year. The certificate can be renewed before it expires.
- The owner of a vessel registered for use under a Hawaii Longline Limited Access Permit must maintain and have on file a valid PSW Certificate to maintain or renew the permit.
- The captain must have a valid PSW Certificate (or a readable copy) in his/her name on board the vessel.

## Sea Turtle, Seabird, and Marine Mammal Safe Handling and Mitigation Measures

You are required to carry and use specific equipment for handling and releasing sea turtles, seabirds, and marine mammals, and/or to follow specific procedures if you hook or entangle these animals. Please refer to the Protected Species Identification, Handling and Release Guidelines placards provided at the Protected Species Workshop. These placards, the quick guide to gear setting regulations, the short-tailed albatross recovery data form, and other information are provided at the PSW and are also available at **www.fpir.noaa.gov**.

SEA TURTLES

You are required to carry and use specific equipment for handling and releasing sea turtles and to follow specific procedures if you hook or entangle a sea turtle. See separate compliance guide for sea turtles at **www.fpir.noaa.gov/SFD/SFD_regs_2.html**.

- Vessels with freeboard of 3 ft (0.91 m) or less must carry line clippers capable of cutting fishing line or leaders within approximately 1 ft (0.3 m) of the eye of an embedded hook, and wire or bolt cutters capable of cutting through hooks. Freeboard is the distance between the vessel's deck and the sea surface.

- Vessels with freeboard more than 3 ft (0.91 m) must have the following turtle handling/dehooking gear on board:
    1. Long-handled line clipper
    2. Long-handled dip net
    3. Long-handled dehooker for ingested hooks (may substitute for item 4)
    4. Long-handled dehooker for external hooks
    5. Long-handled device to pull an "inverted V"
    6. Car tire
    7. Short-handled dehooker with bite guard for ingested hooks (may substitute for item 8)
    8. Short-handled dehooker for external hooks
    9. Long-nose or needle-nose pliers
    10. Wire or bolt cutters
    11. Monofilament line cutters
    12. At least two of the following mouth openers and gags:
        - Block of hard wood
        - Large avian oral speculum

U.S. Department of Commerce  |  National Oceanic and Atmospheric Administration  |  National Marine Fisheries Service

- Set of two sturdy canine chew bones
- Set of four PVC splice couplings
- Hank of rope
- Set of three canine mouth gags
- Set of two rope loops covered with hose

## SEABIRDS

You are required to carry and use specific equipment for handling and releasing seabirds and to follow specific procedures if you hook or entangle a seabird. A separate seabird compliance guide is available from the PIRO website at **www.fpir.noaa. gov/SFD/SFD_regs_2.html**.

## MARINE MAMMALS

NMFS distributes recommended guidelines for handling of marine mammals at the PSW. Animals must be handled carefully to minimize further injury, and returned to the ocean unless directed otherwise by NMFS personnel, contractor or official observer, or otherwise authorized by a scientific research permit held by the operator. You must report marine mammal interactions on a *Marine Mammal Authorization Program Mortality/Injury Reporting Form,* even if an observor was aboard, within 48 hours of the end of a fishing trip.

The False Killer Whale Take Reduction Plan adds requirements to the deep- and shallow-set longline fisheries. You must post NMFS-approved marine mammal handling and release, and captain notification placards on every vessel. The crew must notify the captain if a marine mammal interaction occurs, so the captain can supervise the handling and release. An area south of the main Hawaiian Islands and inside the EEZ boundary may be closed to longline fishing by NMFS if a specified number of interactions with false killer whales occur inside the EEZ around Hawaii. In addition, there are hook and branch line requirements for the deep-set fishery. These requirements are specified at **50 CFR 229.37**. A separate compliance guide for False Killer Whale Take Reduction Plan is available from the PIRO website at **www.fpir.noaa.gov/SFD/ SFD_regs_2.html**.

## Shark Finning and Landings

- You may remove, possess, land, or sell shark fins if you keep the corresponding carcasses. If you intend to sell the fins, you must have the fins and the carcass(es) weighed at the same time.
- If you receive shark fins from another vessel, you must also keep the corresponding carcass(es).
- The total weight of shark fins landed may not exceed 5 percent of the total dressed weight of shark carcasses on board or landed from the vessel.
- You must allow NMFS personnel access to, and inspection and copying of, any records relating to the weighing, landing, sale, purchase, or other disposition of shark fins or carcasses.
- For more information, see the Code of Federal Regulations, **Title 50, Part 600, Subpart N - Shark Finning**.

## Gear Requirements for Fishing North of the Equator

Fishing gear requirements apply to all Hawaii longline limited access permitted vessels. The requirements may change, depending on what type of fishing trip you declare, where you fish, and how you set your gear. For example, requirements for setting longline gear differ if you are on a deep-set trip north of 23° N. latitude and you set your gear from either the stern or side of the vessel. NMFS requires separate measures for longline fishing in the South Pacific (see page 7).

DEEP-SET FISHING

- Float lines must be at least 20 m (65 ft 7 in) in length.
- Attach at least 15 branch lines between two consecutive floats (basket gear - at least 10 branch lines).
- No light sticks on vessel.
- Any nylon monofilament line used in a branch line or leader must have a diameter/thickness of 2.0 mm or larger. Any other line material (e.g., wire) used in a branch line or leader must have a breaking strength of 400 pounds or greater.
- Use circle hooks with a maximum wire diameter/thickness of 4.5 mm. The hook shank must contain round wire that can be measured with a caliper. If the hook point is offset, it must be offset by no more than 10°.
- Swordfish limits:
  - When fishing north of the Equator (0°), owners and operators of vessels registered for use under a Hawaii long-line limited access permit, on a trip for which the permit holder notified NMFS under **665.803(a)** that the vessel would deep-set, may possess or land no more than the following number of swordfish for the trip:
    - If an observer is on board, there is no limit on the number of swordfish that you can keep or land.
    - If there is no observer on board, and if only circle hooks are used, the limit is 25 per trip.
    - If there is no observer on board, and any hooks other than circle hooks are used the limit is 10 per trip.

| DEEP-SET FISHING NORTH OF 23° N. LAT. | |
|---|---|
| **Stern Set** | **Side Set** |
| Use line shooter to set the gear | Line shooter, if used, mounted as far forward on the port or starboard side of the vessel |
| Branch lines with 45 g (1.6 oz) weight within 1 m (3 ft 3 in) of each hook | Branch lines with 45 g (1.6 oz) weight within 1 m (3 ft 3 in) of each hook |
| Blue-dyed bait:<br><br>- Bait completely-thawed<br>- Bait dyed to match NOAA Fisheries blue color control card<br>- Keep at least two 1-pound cans of blue dye on the vessel | Deploy bird curtain when setting gear on the same side of the vessel and aft of the line shooter or where the mainline is being deployed |
| Strategic offal discharge:<br><br>- When birds are present, discharge fish, fish parts, or spent bait while setting or hauling, on opposite side of the vessel from fishing gear<br>- Retain enough fish, fish parts, or spent bait between sets of longline gear for strategic offal discharge<br>- Remove hooks from fish, fish parts, or spent bait prior to strategic offal discharge<br>- Remove bill and liver from all swordfish, sever heads from trunk and split in half vertically, and periodically discharge butchered heads and livers for strategic offal discharge | Mainline set from port or starboard side, as far forward as possible, at least 1 m (3 ft 3 in) from stern |
| When using basket-style gear, ensure mainline is set slack | When seabirds are present, set gear so hooks remain underwater and do not rise to the surface |

U.S. Department of Commerce | National Oceanic and Atmospheric Administration | National Marine Fisheries Service

## SHALLOW-SET FISHING

- Use size 18/0 or larger circle hooks and, if the hook point is offset, it must be offset by no more than 10°.
- Use mackerel-type fish bait only (sardines, sanma, mackerel) – squid cannot be used as bait.
- Sea turtle interaction limits:
  - The maximum annual limits on sea turtle interactions for the Hawaii shallow-set longline fishery are:
    - 26 leatherback sea turtles
    - 34 loggerhead sea turtles
    - If either sea turtle interaction limit is reached, NMFS will close the shallow-set fishery for the remainder of the calendar year and notify vessel owners and operators of the closure. Shallow-set longline fishing operations north of the Equator (0˚) must stop immediately when NMFS declares the shallow-set fishery is closed. The current interaction count is on the PIRO website at **www.fpir.noaa.gov/SFD/SFD_turtleint.html**.

| SHALLOW-SET FISHING NORTH OF THE EQUATOR (0° LAT.) | |
|---|---|
| **Stern Set** | **Side Set** |
| Night set. Begin set at least 1 hour after sunset and finish setting before sunrise, using minimum vessel lights necessary for navigation and safety | Line shooter, if used, mounted as far forward on the port or starboard side of the vessel as possible, and at least 1 m (3 ft 3 in) from stern |
| When using basket-style gear north of 23° N., ensure the mainline is set slack | Branch lines with 45 g (1.6 oz) weight within 1 m (3 ft 3 in) of each hook |
| Blue-dyed bait:<br><br>- Bait completely-thawed<br>- Bait dyed to match NOAA Fisheries blue color control card<br>- Keep at least two 1-pound cans of blue dye on the vessel | Deploy bird curtain when setting gear on the same side of the vessel and aft of the line shooter or where the mainline is being deployed |
| Strategic offal discharge:<br><br>- When birds are present, discharge fish, fish parts, or spent bait while setting or hauling, on opposite side of the vessel from fishing gear<br>- Retain enough fish, fish parts, or spent bait between sets of longline gear for strategic offal discharge<br>- Remove hooks from fish, fish parts, or spent bait prior to strategic offal discharge<br>- Remove bill and liver from all swordfish, sever heads from trunk and split in half vertically, and periodically discharge butchered heads and livers for strategic offal discharge | Mainline set from port or starboard side, as far forward as possible, and at least 1 m (3 ft 3 in) from stern |
| | When seabirds are present, set gear so hooks remain underwater and do not rise to the surface |

## Gear Requirements for Fishing South of the Equator, including American Samoa

To reduce interactions with green sea turtles, permitted U.S. longline vessels longer than 40 feet (12.2 meters) must meet the following conditions when fishing south of the Equator (see **50 CFR 665.813**).  *(Please note that NMFS does not currently allow shallow-set fishing in the South Pacific)*

- Each float line must be at least 30 meters (m) long.
- There must be at least 70 m of blank mainline (without hooks attached) before and after all floats with hooks between them.
- When hooks are deployed, there must be at least 15 branch lines attached between two consecutive floats.
- Each branch line must be at least 10 m long.
- You may not keep or land more than 10 swordfish during a fishing trip.

For more information on pelagic longline fishing requirements for American Samoa view the regulation summary at **www.fpir.noaa.gov/SFD/SFD_regs_2.html**.

## Prohibited Fishing Areas

**Main Hawaiian Islands Longline Fishing Prohibited Area**: Longline fishing is prohibited year-round within the area bounded by straight lines connecting the points listed below and in the corresponding map.

| Point | N. Lat. | W. Lon. |
|---|---|---|
| A | 18°05' | 155°40' |
| B | 18°20' | 156°25' |
| C | 20°00' | 157°30' |
| D | 20°40' | 161°40' |
| E | 21°40' | 161°55' |
| F | 23°00' | 161°30' |

| Point | N. Lat. | W. Lon. |
|---|---|---|
| G | 23°05' | 159°30' |
| H | 22°55' | 157°30' |
| I | 21°30' | 155°30' |
| J | 19°50' | 153°50' |
| K | 19°00' | 154°05' |
| A | 18°05' | 155°40' |



*Main Hawaiian Islands Longline Fishing Prohibited Area*

**Northwestern Hawaiian Islands (NWHI) Protected Species Zone**: Longline fishing is prohibited within a 50 nautical mile (nm) radius from the geographic centers of the islands and atolls shown on the corresponding map and within the 100 nm corridor shown on the map (see map below for coordinates).

**Marine National Monuments**: Commercial fishing is prohibited in the Pacific Remote Islands Marine National Monument, Rose Atoll Marine National Monument, and the Islands Unit of the Marianas Trench Marine National Monument. Contact PIRO for more details.

**Papahanaumokuakea Marine National Monument**: Commercial fishing is prohibited in the Monument. The boundary of the Monument is similar to the longline Protected Species Zone, but there are differences. Fishing vessels may transit through the Monument, but entering and leaving the Monument require notifying the Monument office. See **50 CFR Part 404**, for the coordinates and a map of the boundary and other requirements, or contact the Monument office (see Contact Information).



*Northwestern Hawaiian Islands Protected Species Zone*

**No-Take Marine Protected Areas**:
- Longline fishing is prohibited shoreward of the 50-fathom curve at Jarvis, Howland, and Baker Islands, and Kingman Reef.
- Longline fishing is prohibited shoreward of the 50-fathom curve around Rose Atoll in American Samoa.

**American Samoa Large Vessel Prohibited Areas**: You may not use a large vessel of the United States to fish for western Pacific pelagic management unit species in the large vessel prohibited areas except as allowed pursuant to an exemption issued under **665.818**. See the American Samoa longline regulation summary at **www.fpir.noaa.gov/SFD/SFD_regs_2.html**.

**Guam Longline Fishing Prohibited Area**: Longline fishing is prohibited within approximately 50-100 nm from shore around the island in the area bounded by straight lines connecting the following points in order See **50 CFR 665.806(a)(3)** for the coordinates of the prohibited area or contact PIRO for details (see Contact Information).

**CNMI Longline Fishing Prohibited Area**: Longline fishing is prohibited within approximately 30 nm from shore around the islands. See **50 CFR 665.806(a)(4)** for the coordinates of the prohibited area or contact PIRO for details (see Contact Information).

## Pacific Pelagic Management Unit Species

| COMMON NAME | | SCIENTIFIC NAME |
|---|---|---|
| **Tunas** | Albacore | *Thunnus alalunga* |
| | Bigeye tuna | *Thunnus obesus* |
| | Kawakawa | *Euthynnus affinis* |
| | Pacific bluefin tuna | *Thunnus orientalis* |
| | Skipjack tuna | *Katsuwonus pelamis* |
| | Yellowfin tuna | *Thunnus albacares* |
| | Other tuna relatives | *Auxis* spp., *Scomber* spp., *Allothunus* spp. |
| **Billfishes** | Black marlin | *Istiompax indica* |
| | Pacific blue marlin | *Makaira nigricans* |
| | Sailfish | *Istiophorus platypterus* |
| | Shortbill spearfish | *Tetrapturus angustirostris* |
| | Striped marlin | *Kajikia audax* |
| | Swordfish | *Xiphias gladius* |
| **Sharks** | Bigeye thresher shark | *Alopias superciliosus* |
| | Blue shark | *Prionace glauca* |
| | Common thresher shark | *Alopias vulpinus* |
| | Longfin mako shark | *Isurus paucus* |
| | Oceanic whitetip shark | *Carcharhinus longimanus* |
| | Pelagic thresher shark | *Alopias pelagicus* |
| | Salmon shark | *Lamna ditropis* |
| | Shortfin mako shark | *Isurus oxyrinchus* |
| | Silky shark | *Carcharhinus falciformis* |
| **Other pelagic species** | Mahimahi, Dolphinfish | *Coryphaena* spp. |
| | Moonfish, Opah | *Lampris* spp. |
| | Oilfish | family Gempylidae |
| | Pomfret | family Bramidae |
| | Wahoo, Ono | *Acanthocybium solandri* |
| **Squids** | Diamondback squid | *Thysanoteuthis rhombus* |
| | Neon flying squid | *Ommastrephes bartramii* |
| | Purpleback flying squid | *Sthenoteuthis oualaniensis* |
| | Neon flying squid | *Ommastrephes bartramii* |

## Contact Information

### Fishing Permits, Certificates, MMAP Report Forms, Compliance Guides and Other Information

Sustainable Fisheries
NMFS Pacific Islands Regional Office
1845 Wasp Blvd., Bldg. 176
Honolulu, HI 96818
Phone: (808) 725-5190
Fax: (808) 725-5215
Email: piro-permits@noaa.gov
Web: **www.fpir.noaa.gov/SFD/SFD_permits_index.html**

American Samoa Field Office
Pago Plaza, Suite 202
Pago Pago, Tutuila
Phone: (684) 633-5325

### Protected Species Workshop

NMFS Pier 38 Service Center
1139 N. Nimitz Hwy, Suite 220
Honolulu, HI 96817
Phone: (808) 944-2300
Email: piropsw@noaa.gov
Web: **www.fpir.noaa.gov/SFD/SFD_psw_index.html**

### Vessel Departure Notification or Observer Placement

NMFS Observer Program Contractor:
Techsea, Inc. (attn: Josee Vincent)
47-559 Nenehiwa Pl.
Kaneohe, HI 96744-5439
Vessel call-ins: (808) 235-5575
Office cell: (808) 321-9183
Fax: (808) 593-9212
Email: joseevincent@mac.com

### Obtain or Submit Logbooks

NMFS Pacific Islands Fisheries Science Center
1845 Wasp Blvd., Bldg. 176
Honolulu, HI 96818
Phone: (808) 725-5326
Email: kurt.kawamoto@noaa.gov
Web: **www.pifsc.noaa.gov/fmb/fmap/federal_forms**

### VMS, Enforcement Information, or To Report a Violation

NOAA Office of Law Enforcement
1845 Wasp Blvd., Bldg. 176
Honolulu, HI 96818
Phone: (808) 725-6100
Confidential hotline: (800) 853-1964
Fax: (808) 725-6199
Web: **www.nmfs.noaa.gov/ole**

### Fishing in National Wildlife Refuges

U.S. Fish and Wildlife Service
Pacific Remote Islands National Wildlife Refuge Manager
300 Ala Moana Blvd., Suite 5-231
P.O. Box 50167
Honolulu, HI 96850
Phone: (808) 792-9550
Fax: (808) 792-9585
Web: **www.fws.gov/pacificislandsrefuges**

### State of Hawaii Commercial Marine Licenses and Reports

Hawaii Division of Aquatic Resources
1151 Punchbowl St., Rm. 330
Honolulu, HI 96813
Phone: (808) 587-0100
Licenses: (808) 587-0109
Fax: (808) 587-0115
Web: **www.hawaii.gov/dlnr/dar**

### Papahanaumokuakea Marine National Monument

National Marine Sanctuaries
1845 Wasp Blvd., Bldg. 176
Honolulu, HI 96818
Phone: (808) 725-5800
Fax: (808) 455-3093
Email: hawaiireef@noaa.gov
Web: **www.papahanaumokuakea.gov**

Monument Entry Notification:
Phone: (866) 478-6944
Email: nwhi.notifications@noaa.gov

